TOLEDO BAR ASSOCIATION *v.* REINHART.

[Cite as Toledo Bar Assn. *v.* Reinhart (1988), 37 Ohio St. 3d 136.]

(No. D.D. 87-29—Submitted January 20, 1988—Decided June 15, 1988.)

*Wagoner, Steinberg, Chinnis &*

*Dorf, Harold M. Steinberg* and *Mary McCormick Krueger,* for relator.
    *Stephen G. Reinhart, pro se.*

    *Per Curiam.* This court finds that respondent violated the Disciplinary Rules indicated by the board. We therefore adopt the board's factual findings and its recommendation. Respondent is ordered permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

    MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.